■ LILIANE UNANUE, Appellant, v IRA LEON RENNERT et al., Respondents. [831 NYS2d 904]—Appeal from order, Supreme Court, New York County (Jacqueline W. Silbermann, J., upon decision of Ira Gammerman, J.H.O.), entered on or about September 29, 2005, which, sua sponte, dismissed the complaint with prejudice, unanimously dismissed, with costs in favor of defendants-respondents.

No appeal as of right lies from a sua sponte order (*Sholes v Meagher*, 100 NY2d 333, 335 [2003]). If the matter is to be reviewed, plaintiff should move to vacate the sua sponte order (*see* CPLR 5701 [a] [3]) so as to create a suitable appellate record and afford counsel the opportunity to be heard on the issues (*see Davidson v Regan Fund Mgt. Ltd.*, 15 AD3d 172 [2005]). Concur—Tom, J.P., Marlow, Nardelli, Gonzalez and Kavanagh, JJ.